Local AO 440 (Rev. 01/23) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

Christine Cleveland, on behalf of herself individually and all others similarly situated,

*Plaintiff*

v.   Civil Action No. 1:23-cv-215

Dakota Eye Institute, LLP and Dakota Eye Institute, P.C.,

*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: Above Named Defendant(s)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua Sanford  
10800 Financial Centre Pkwy., Ste. 510  
Little Rock, AR 72211

Bryan L. Bleichner  
100 Washington Avenue South, Ste. 1700  
Minneapolis, MN 55401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*KARI M. KNUDSON, CLERK OF COURT*

/s/ Janelle Brunner, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Date: November 7, 2023

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:23-CV-00215-DMT-CRH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Dakota Eye Institute PC**
was recieved by me on  **12/14/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Douglas W. Litchfield**, who is designated by law to accept service of process on behalf of **Dakota Eye Institute PC** at **200 South 5th Street, Bismarck, ND 58504** on **12/14/2023 at 2:56 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 181.79** for services, for a total of **$ 181.79**.

I declare under penalty of perjury that this information is true.

Date:  12/14/2023

*Server's signature*

**Shadd Piehl**
*Printed name and title*

**2745 LYONS ROAD**
**MANDAN, ND 58554**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: **0120150728**