# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christine Cleveland, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Dakota Eye Institute, LLP and Dakota Eye Institute, P.C.,<br><br>Defendants. | Case No.: 1:23-cv-00215-DMT-CRH<br><br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff Christine Cleveland ("Plaintiff"), in her individual capacity and on behalf of all others similarly situated, hereby moves under Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss the Class Action Complaint without Prejudice in the matter captioned *Christine Cleveland, et al. v. Dakota Eye Institute, LLP, et al.*, Case No. 23-cv-00215-DMT-CRH (Dist. ND). Plaintiff is entitled to dismissal without a Court order because Defendants Dakota Eye Institute, LLP and Dakota Eye Institute, P.C., have not filed an Answer or otherwise responded to the Complaint filed on November 11, 2023 (ECF No. 1).

Dated: January 3, 2024    /s/Joshua Sanford
                                              Joshua Sanford (AR #2001037)
                                              **SANFORD LAW FIRM, PLLC**
                                              10800 Financial Centre Pkwy, Ste 510
                                              Little Rock, Arkansas 7211
                                              Telephone: (501) 787-2040
                                              josh@sanfordlaw.com

Bryan L. Bleichner (MN #0326689)\*
Philip J. Krzeski (MN #0403291)\*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christine Cleveland, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>Dakota Eye Institute, LLP and Dakota Eye Institute, P.C.,<br><br>   Defendants. | Case No.: 1:23-cv-00215-DMT-CRH<br><br><br>**CERTIFICATE OF SERVICE** |

  The undersigned hereby certifies that on this \_\_\_\_ day of December, 2023, I caused the foregoing document to be filed electronically via the Court's CM/ECF system, which will send an Electronic Court Filing Notification (ECF) to all counsel of record. I further certify that I caused a paper copy to be sent to Defendants Dakota Eye Institute, LLP, and Dakota Eye Institute, P.C., at the below addresses via First Class Mail, postage pre-paid, and dropped in a mail pick-up location within the city of Minneapolis, Minnesota.

Dakota Eye Institute, LLP  
200 S. 5th Street  
Bismarck, ND 58504-5675  

Dakota Eye Institute, P.C.  
200 S. 5th Street  
Bismarck, ND 58504-5675  

              _____  
              Dylan M. Stanek, Legal Assistant

4864-0569-7685