IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christine Cleveland, *on behalf of herself individually and all others similarly situated*,<br><br>  Plaintiff,<br><br>vs.<br><br>Dakota Eye Institute, LLP, and Dakota Eye Institute, PC,<br><br>  Defendants. | Case No. 1:23-cv-00215 |

## ORDER ADOPTING NOTICE OF VOLUNTARY DISMISSAL

[¶ 1]   THIS MATTER comes before the Court upon Plaintiff's Notice of Voluntary Dismissal filed on January 4, 2024. Doc. No. 5. The Plaintiffs give notice of its voluntary dismissal of this case under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Id.

[¶ 2]   Upon consideration, the Court **ADOPTS** the Notice in its entirety. It is therefore **ORDERED** that the Complaint and all causes of action are **DISMISSED** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

[¶ 3]   **IT IS SO ORDERED.**

DATED January 5, 2024.

Daniel M. Traynor, District Judge
United States District Court